THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SPOTTS BROTHERS, INC., :
:
      **Plaintiff,** :
v. : 3:18-CV-02235
: (JUDGE MARIANI)
SERAPHIM USA MANUFACTURING :
INC., :
:
      **Defendant.** :

## ORDER

**AND NOW, THIS** __16th__ **DAY OF APRIL, 2023**, upon consideration of Plaintiff's Motion for Default Judgment (Doc. 44), **IT IS HEREBY ORDERED THAT** within **fourteen (14) days** of the date of this Order, Plaintiff shall file a brief in support of its Motion, in accordance with Local Rule 7.5, and any necessary exhibits. In the event that Plaintiff fails to do so, the Court will deem its Motion for Default Judgment (Doc. 44) withdrawn.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge

FILED
SCRANTON
APR 19 2023
PER _____
DEPUTY CLERK