## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SPOTTS BROTHERS, INC.,          :
                                :
          Plaintiff,            :
                                :
     v.                         :          3:18-CV-02235
                                :          (JUDGE MARIANI)
SERAPHIM USA MANUFACTURING      :
INC.,                           :
                                :
          Defendant.            :

**FILED**
**SCRANTON**

MAY 1 1 2023

PER_____
DEPUTY CLERK

## ORDER

The background of this Order is as follows:

Plaintiff Spotts Brothers, Inc. filed a Motion for Default Judgment (Doc. 44) on October 3, 2022.  On April 19, 2023, this Court issued an Order requiring Plaintiff, within fourteen (14) days, to "file a brief in support of its Motion, in accordance with Local Rule 7.5, and any necessary exhibits." (Doc. 45.)  As of the date of this Order, Plaintiff has not filed a brief in support of its Motion, and the deadline for doing so has expired.  **AND NOW, THIS** _11th_ **DAY OF MAY, 2023, IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Default Judgment (Doc. 44) is deemed **WITHDRAWN**.

Robert D. Mariani
United States District Judge