THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPOTTS BROTHERS, INC., | : |
| Plaintiff, | : |
| v. | : 3:18-CV-02235 |
| | : (JUDGE MARIANI) |
| SERAPHIM USA MFG., INC., | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 5th DAY OF APRIL, 2024,** upon consideration of Plaintiff Spotts Brothers, Inc.'s Motion for Default Judgment Against Defendant Seraphim USA Manufacturing, Inc. (Doc. 50), in accordance with the accompanying memorandum opinion,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion (Doc. 50) is **GRANTED**;

2. Default Judgment is hereby entered in **FAVOR** of Plaintiff Spotts Brothers, Inc. and **AGAINST** Defendant Seraphim USA Manufacturing, Inc.

3. Plaintiff is **DIRECTED** to provide a detailed affidavit and documentation in support of its request for monetary damages within **21 DAYS** of this Order,

_____
Robert D. Mariani
United States District Judge